UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYTHEON COMPANY a/b/t )<br>NETWORK CENTRIC SYSTEMS, )<br>2501 West University Dr. )<br>M/S 8064 )<br>McKinney, TX 75070-0801 )<br>)<br>          *Plaintiffs*, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE ARMY, )<br>USARDECOM Acquisition Center )<br>ATTN: AMSRD-ACC-CC )<br>4118 Susquehanna Ave )<br>APG, MD 21005-3013, )<br>)<br>    and )<br>)<br>WASHINGTON MANAGEMENT )<br>GROUP, INC. d/b/a FEDSOURCES )<br>1990 M St NW # 400 )<br>Washington, DC 20036 )<br>)<br>          *Defendant.* )<br>) | Case No. _____ |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned counsel of record for Plaintiff Raytheon Company acting by and through its business unit Network Centric Systems, certifies that to the best of my knowledge and belief;

- Raytheon Company, parent of the Network Centric Systems business unit, has outstanding securities in the hands of the public, and is publicly traded on the New York Stock Exchange.

- 2 -

This representation is made in order that judges of this Court may determine the need for recusal.

                      Respectfully submitted,

                      ARNOLD & PORTER, LLP

By: _____
        Kristen Ittig, Bar No. 452340
        Stuart Turner, Bar No. 478392
        555 Twelfth Street
        Washington, D.C. 20004
        (202) 942-5000 Telephone
        (202) 942-5999 Facsimile
        *Attorney for Raytheon Company - Network Centric Systems*

Dated: August 14, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2007, a true and accurate copy of the foregoing Certificate Required by LCvR 7.1 was served on the following individuals. The Army has never identified a contact in its legal department for this FOIA matter, but Raytheon requests that the Army personnel in receipt of these documents forward the material to the Army's counsel at once:

| | |
|---|---|
| Beverly McMillan<br>Management Analyst<br>USARDECOM Acquisition Center<br>ATTN: AMSRD-ACC-CC<br>4118 Susquehanna Ave<br>Aberdeen Proving Ground, MD 21005-3013<br>Tel: (410) 278-0850 (DSN 298)<br>Email: beverly.mcmillan@us.army.mil | (Email and Overnight Mail) |
| Kathryn J. Bankerd<br>Contracting Officer<br>USARDECOM Acquisition Center<br>ATTN: AMSRD-ACC-CC<br>4118 Susquehanna Ave<br>Aberdeen Proving Ground, MD 21005-3013<br>Tel: (410) 278-0850 (DSN 298)<br>Fax: (410) 306-3740 | (Fax and Overnight Mail) |
| Carolyn Alston<br>General Counsel<br>Washington Management Group<br>1990 M St NW # 400<br>Washington, DC 20036<br>Tel: (202) 833-1120<br>Email: calston@washmg.com | (Email and Overnight Mail) |

_____
Stuart Turner