IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYTHEON COMPANY a/b/t NETWORK CENTRIC SYSTEMS,** 2501 West University Dr. M/S 8064 McKinney, TX 75070-0801 )<br><br>            **Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF THE ARMY,** USARDECOM Acquisition Center ATTN: AMSRD-ACC-CC 4118 Susquehanna Ave APG, MD 21005-3013<br><br>and<br><br>**WASHINGTON MANAGEMENT GROUP, INC. d/b/a FEDSOURCES** 1990 M St. N.W. #400 Washington, D.C. 20036<br><br>            **Defendants.** | Civil Action No. 07-1469 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant Department of the Army in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780