## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYTHEON COMPANY a/b/t/<br>NETWORK CENTRIC SYSTEMS,<br>2501 West University Dr.<br>M/S 8064<br>McKinney, TX 75070-0801<br><br>*Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF THE ARMY,<br>USARDECOM Acquisition Center<br>ATTN: AMSRD-ACC-CC<br>4118 Susquehanna Ave<br>APG, MD 21005-3013,<br><br>and<br><br>WASHINGTON MANAGEMENT<br>GROUP, INC. d/b/a FEDSOURCES<br>1990 M St NW # 400<br>Washington, DC 20036<br><br>*Defendant.* | **Civ. Action No. 07-1469 (RMC)** |

### NOTICE OF VOLUNTARY DISMISSAL OF A PARTY (FEDSOURCES)

Plaintiff Raytheon Company, acting by and through its Network Centric Systems business unit ("Raytheon"), by and through its undersigned counsel, hereby gives notice that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Defendant Washington Management Group d/b/a FedSources ("FedSources") is voluntarily dismissed from the above-captioned case. Order of this Court is not required to effect this dismissal, as FedSources has served neither an answer nor a motion for summary judgment in this matter. FRCP 41(a)(1)(i).

Attached hereto as Exhibit A is a sworn affidavit from Ruth Zein, Vice President of FedSources.  Raytheon requests that this declaration be included in the record of this case.  The affidavit states that FedSources has returned the package referenced in paragraph 24 of the Complaint to the Army unopened.

As such, FedSources is no longer a necessary party to this suit and is dismissed.  The Complaint against the Army in this matter is unaffected by this dismissal.

Respectfully submitted,

ARNOLD & PORTER, LLP

By: _____/s/_____
    Kristen Ittig, Bar No. 452340
    Stuart Turner, Bar No. 478392
    555 Twelfth Street
    Washington, D.C. 20004
    (202) 942-5000 Telephone
    (202) 942-5999 Facsimile
    *Attorney for Raytheon Company - Network Centric Systems*

Dated: August 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2007, a true and accurate copy of the foregoing Notice of Voluntary Dismissal of a Party (FedSources) was served on the following individuals via electronic service or facsimile:

Brian C. Baldrate
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4408
Washington, D.C. 20530

Carolyn Alston
General Counsel
Washington Management Group
1990 M St NW # 400
Washington, DC 20036
Email: calston@washmg.com


_____/s/_____
Stuart Turner

# EXHIBIT A

Affidavit

I solemnly affirm that:

1.  FedSources is a subsidiary of the Washington Management Group (WMG) Company and is headquartered in McLean, VA.

2.  FedSources provides information and insight to industry and government decision makers via market intelligence services, customized consulting and informational events.

3.  FedSources routinely tracks major government acquisitions.  It is their policy to ask for copies of all contracts with a value greater than five million dollars. FedSources requested that the Army release copies of the contracts awarded to all three incumbents, Raytheon and two other companies, for the Thermal Weapons Site II Bridge acquisition. FedSources made the request pursuant to the Freedom of Information Act (FOIA).

4.  On August 10, 2007 FedSources received a package from:

    Ms. Beverly McMillan

    U.S. Army RDE COM Acquisition Center

    4118 Susquehanna Ave.,

    Aberdeen Proving Grounds, MD, 21005-3013

5.  I believe that the package contains a copy of the Raytheon Thermal Weapons Site II Bridge contracts requested pursuant to the FOIA.  FedSources has not opened the package.

6.  On August 14, 2007 Raytheon filed suit in the United States District Court for the District of Columbia seeking in part that FedSources return to the Army information released to the company pursuant to the FOIA.

7.  At the request of the Army and in anticipation that Plaintiffs will amend their complaint to remove FedSources/WMG as a defendant, FedSources voluntarily agreed to return the package to the Army, unopened.

8.  On Friday August 17, 2007, FedSources/Washington Management Group placed the package received from the Army for shipment priority overnight delivery via FedEx.  The package is addressed to:

    Ms. Beverly McMillan

    U.S. Army RDE COM Acquisition Center

    4118 Susquehanna Ave.,

    Aberdeen Proving Grounds, MD, 21005-3013

9.  The tracking number for the package is 7923 9904 4334.  Delivery is anticipated by 10:00 a.m. on Monday August 20, 2007.   A copy of the shipping record is attached as Exhibit 1.  FedEx will provide email notification that the document was shipped to Beverly.Mcmillan@us.army.mil.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2007

Ruth Zein
Vice President, Content
FedSources, Inc. A Washington Management Group Company
8400 Westpark Drive
McLean, VA 22102

Exhibit 1



From: Origin ID: JPNA (202)833-1120
Carolyn Alston
Washington Management Group, Inc.
1990 M Street, NW
Suite 400
Washington, DC 20036

Ship Date: 17AUG07
ActWgt: 2 LB
System#: 5763323/INET2600
Account#: S *********

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

SHIP TO: (410)278-0850    BILL SENDER

**Ms. Beverly McMillan**
**U.S. Army**
**RDE COM Acquisition Center**
**4118 Susquehanna Avenue**
**Aberdeen Proving Gro, MD 210053013**

TRK#    7923 9904 4334
0201

MON - 20AUG    A5
PRIORITY OVERNIGHT

**18-DLOA**

BWI
MD-US
21005

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out   Home                                            ❷ Quick help

Your Shipment Details:

**Ship to:**
Ms. Beverly McMillan
U.S. Army
RDE COM Acquisition
Center
4118 Susquehanna Avenue
Aberdeen Proving Grounds,
MD 210053013
US
410-278-0850

**Package type:** FedEx Pak
**Pickup/Drop Off:** give to scheduled courier at my location
**Weight:** 2 LBS
**Dimensions:** 0 x 0 x 0 in
**Declared value:** 0 USD
**Shipper account number:** 107727949
**Bill transportation to:** 107727949
**Courtesy rate quote:*** 14.74
**Special services:**

**From:**
Carolyn Alston
Washington Management
Group, Inc.
1990 M Street, NW
Suite 400
Washington, DC 20036
US
202-833-1120

**Shipment Purpose:**
**Shipment type:** Express

**Tracking no:** 792399044334
**Ship date:** Aug 17 2007
**Service type:** Priority Overnight

**Print**                                                       **Return to next steps**

**Please note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.