UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYTHEON COMPANY a/b/t<br>NETWORK CENTRIC SYSTEMS,<br>2501 West University Dr.<br>M/S 8064<br>McKinney, TX 75070-0801<br><br>          *Plaintiffs,*<br><br>     v.<br><br>DEPARTMENT OF THE ARMY,<br>USARDECOM Acquisition Center<br>ATTN: AMSRD-ACC-CC<br>4118 Susquehanna Ave<br>APG, MD 21005-3013<br><br>     and<br><br>WASHINGTON MANAGEMENT<br>GROUP, INC. d/b/a FEDSOURCES<br>1990 M St NW # 400<br>Washington, DC 20036<br><br>          *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 07-1469 (RMC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION
TO FILE EXHIBITS UNDER SEAL AND OTHER RELIEF**

Plaintiff Raytheon Company, acting by and through its Network Centric Systems business unit ("Raytheon")has brought a motion for permission to file exhibits under seal and for an order prohibiting the use of information contained within the exhibits. All the facts, documents, and arguments presented have been considered by this Court. It is hereby

ORDERED, ADJUDGED AND DECREED:

1930031_1.DOC

1.  Plaintiff's Motion is GRANTED as described in paragraphs 2 and 3 herein.

2.  That the exhibits designated "Exhibit C" and "Exhibit F" attached to the Complaint filed in this matter ("the sealed exhibits") shall be sealed.

3.  That all parties are prohibited from disseminating the ~~information~~ *trade secrets* contained within the sealed exhibits and from using the information for any purpose other than the proceedings presently before the Court.

Dated: 8/20/07

*Rosemary M. Colly*
U.S. District Court Judge