IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RAYTHEON COMPANY** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07 -1469 (RMC) |
| **DEPARTMENT OF THE ARMY** | ) ) ) | |
| Defendant. | ) ) | |

## CONSENT MOTION FOR A VOLUNTARY REMAND TO THE AGENCY

For the reasons set forth below, Defendant respectfully requests that this case be voluntarily remanded to the Agency for further administrative action. In light of the D.C. Circuit's recent ruling in Canadian Commercial Corp. v. Department of the Air Force, Case No. 06-5210 (Jan 29, 2008), Defendant seeks to withdraw the Agency decision letter and remand the action to the Agency to review its decision in light of the current law. Accordingly, Defendant requests that the Court grant this Motion for a voluntary remand of this case to the Agency for further action. In support of this Motion, Defendant states the following:

1. Plaintiff brings this "Reverse" Freedom of Information Act ("FOIA") case, pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 702, challenging the Army's July 30, 2007 decision ("Decision") to release pricing information in response to a FOIA request regarding Contract No. W91 CRB-07-D-0029 ("Contract"). Plaintiff seeks to permanently prevent Defendant from releasing this information.

2. Upon consideration of the issues raised in Plaintiff's Complaint, and the D.C. Circuit's recent ruling in Canadian Commercial Corp. v. Department of the Air Force, Defendant agrees that the Agency should withdraw its prior Decision and issue a new Decision as

appropriate to comport with controlling case law.

    3. Accordingly, the Army requests that the issue be remanded to the Agency for further action. On remand, the Agency will re-examine Plaintiff's Complaint and all relevant information and take appropriate action based on that review.

    4. The parties have conferred and Plaintiff supports the Defendant's request for a voluntary remand subject to a Court Order that Defendant not release information relating to the Contract without first obtaining Plaintiff's consent or an Order from this Court.

    5. Within 30 days after re-issuance of a new Final Agency Decision, the parties will file with the Court a copy of the Decision along with a motion setting forth their respective positions as to whether this case is moot or needs to be placed on the Court's active docket.

    For the foregoing reasons, the Defendant respectfully requests that the Court grant this consent Motion for a voluntary remand of this case to the Agency for further action.

    Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

    /s/
BRIAN C. BALDRATE
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAYTHEON COMPANY** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07 -1469 (RMC) |
| **DEPARTMENT OF THE ARMY** | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of Defendant's consent Motion for a voluntary remand of this case to the Agency for further administrative action, it is hereby

**ORDERED** that Defendant's Motion is Granted;

**ORDERED** that Defendant not release information relating to the Contract without first obtaining Plaintiff's consent or an Order from this Court.

**ORDERED** that within 30 days after re-issuance of a Final Agency Decision, the parties will file with the Court a copy of the Decision along with a motion setting forth their respective positions as to whether this case is moot or needs to be placed on the Court's active docket.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge

Copies to:
Counsel for Parties via ECF