IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYTHEON COMPANY ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1469 (RMC) |
| DEPARTMENT OF THE ARMY ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant's consent Motion for a voluntary remand of this case to the Agency for further administrative action, it is hereby

**ORDERED** that Defendant's Motion is Granted;

**ORDERED** that Defendant not release information relating to the Contract without first obtaining Plaintiff's consent or an Order from this Court.

**ORDERED** that within 30 days after re-issuance of a Final Agency Decision, the parties will file with the Court a copy of the Decision along with a motion setting forth their respective positions as to whether this case is moot or needs to be placed on the Court's active docket.

Dated this __5__ day of __Feb__, 2008.

ROSEMARY M. COLLYER
United States District Judge

Copies to:
Counsel for Parties via ECF