IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAYTHEON COMPANY** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 07-1469 (RMC) |
| **DEPARTMENT OF THE ARMY** | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR A VOLUNTARY DISMISSAL

For the reasons set forth below, the parties respectfully request that this case be dismissed with prejudice under Rule 41 of the Federal Rules of Civil Procedure. In support of this Motion, the parties state the following:

1. On February 6, 2008, pursuant to the parties request, the Court remanded this action to the Agency with instructions that "within 30 days of re-issuance of a Final Agency Decision, the parties will file with the Court a copy of the decision along with a motion setting forth their respective positions as to whether the case is moot or needs to be placed on the court's active docket."

2. The Army received three FOIA requests for copies of Raytheon Contract No. W91CRB-07-D-0029. The requests were from FedSources, DRS Technologies, and The Law Offices of Gregory D. Jordan. The Army obtained Raytheon's consent to the proposed FOIA responses and responded to these three requesters in accordance with that consent. On March 26, 2008, the Army issued a Final Agency Decision, concurring with Raytheon's suggestions for denial of any further release to the three requesters. This Final Agency Decision is attached hereto as Exhibit A.

3. As a result of this Final Agency Decision, and the absence of any additional pending FOIA requests for the above referenced contract, all issues raised in Plaintiff's Complaint are now moot.

4. Accordingly, the parties jointly request this case be dismissed with prejudice.

5. Each party shall bear its own costs and attorney's fees.

For the foregoing reasons, the parties respectfully request that the Court grant this joint Motion for a voluntary dismissal of this case.

Respectfully submitted,

/s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s
KRISTEN ITTIG, D.C. Bar # 452340

/s
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s
STUART TURNER, D.C. Bar # 478392
555 Twelfth Street
Washington, D.C. 20004
(202) 942-5000

/s
BRIAN C. BALDRATE
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895

**Attorneys for Plaintiff**

**Attorneys for Defendant**

# Exhibit A



**DEPARTMENT OF THE ARMY**
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
5183 BLACKHAWK ROAD
ABERDEEN PROVING GROUND MD 21010-5424

Office of Chief Counsel/FOIA

Ms. Lynne Skelly
FedSources
8400 Westpark Drive, 4th Floor
McLean, VA 22102

Dear Ms. Skelly:

This letter will serve as final response to your to your Freedom of Information Act (FOIA) request dated July 5, 2007 for a copy of contract W91CRB-07-D-0029.

The contract was subject to FOIA Exemption 4,[5 U.S.C. § 552(b)(4)] which protects confidential commercial and financial information received by the Government from a person or organization outside the Government; the release of which is likely to cause substantial harm to the competitive position of the source of information and/or impair the Government's ability to obtain necessary information in the future. I have determined that line item quantity/pricing, range quantity/pricing, paragraph 3.2.10, Warranty of Equipment fall within the ambit of FOIA Exemption 4 and are therefore non-releasable. Also, FOIA Exemption 3 [5 U.S.C. § 552(b)(3)], protects from disclosure that which a statute specifically prohibits and permits no discretion. The applicable statute, 10 U.S.C. 2305(g) specifically prohibits the release of proposals in the possession of the government submitted in response to a competitive solicitation and exempts such proposals from release under the FOIA.

This action is taken on behalf of General Benjamin Griffin, Commanding General, United States Army Material Command.

This partial denial is considered an adverse action, which you may appeal in writing to the Secretary of the Army. Since all appeals must first go through the Initial Denial Authority, any such appeal should be sent to this office at the address below for forwarding to the Army General Counsel, which is the U.S. Army's appellant authority.

HQ, RDECOM
Office of Chief Counsel
ATTN: Initial Denial Authority
AMSRD-CC E4435
5183 Blackhawk Rd.
APG, MD 21010-5424

Printed on Recycled Paper

-2-

You are advised that any appeal filed should reach the appellant authority no later than 60 days following receipt of this letter.

Any questions regarding the processing of this request should be directed to Mr. David Scott at 410-278-1553.

Sincerely,

Patrick R. Sheldon
Initial Denial Authority

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **RAYTHEON COMPANY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1469 (RMC) |
| | ) | |
| **DEPARTMENT OF THE ARMY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Joint Motion for Voluntary Dismissal and the entire record of the case, it is hereby

**ORDERED** that the Joint Motion is Granted; it is further

**ORDERED** that the case is moot and is dismissed with prejudice.

Dated this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge

Copies to:
Counsel for Parties via ECF